**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

**EDWARD I. SMITH,**

      **Plaintiff,**

   **v.**                            **Civil Action No. 9:10-cv-2152-SB**

**TELEDYNE CONTINENTAL MOTORS, INC.**

      **Defendant.**

### MOTION TO CONSOLIDATE ACTIONS

COMES NOW the plaintiff, Edward I. Smith ("Smith"), by counsel, and, pursuant to Fed.R.Civ.Proc. 42 (a), moves the Court to consolidate the above-styled case with the case of *Jennifer Dawn Jones, etc. v. Teledyne Continental Motors, Inc., etc., et al.,* Civil Action No. 9:10cv2546-SB, now pending in this Court, for the reasons set forth in Plaintiff's Brief in Support of Motion to Consolidate Actions, filed simultaneously herewith.

WHEREFORE, for the reasons set forth in Plaintiff's Brief in Support of Motion to Consolidate Actions, plaintiff, Edward I. Smith, respectfully moves this Court to consolidate the actions, *Smith v. TCM*, Civil Action No. 9:10cv2546-SB and *Jones v. TCM, Smith, et al.*, Civil Action No. 9:10cv2546-SB, for the purpose of discovery and trial of these matters.

                         Respectfully submitted:

                         EDWARD I. SMITH

                         By:  s/Samuel K. Allen_____
                         Samuel K. Allen, Esq. (Fed ID No. 7744)

ANASTOPOULO & CLORE, LLC
49 Immigration Street, Suite 100
Charleston, SC 29403
Tel.:  843-722-8070
Fax: 843-722-9881
sam@clorelaw.com

Jeremiah A. Denton III, Esq., VSB #19191
David A. Buzard, Esq., VSB #41175
Vivile R. Dietrich, Esq., VSB #72893
Jeremiah A. Denton III, P.C.
477 Viking Drive, Suite 100
Virginia Beach, VA 23452
757/340-3232
jerry@jeremiahdenton.com

## CERTIFICATE OF SERVICE

I hereby certify that on 29th day of October 2010, the foregoing Motion to Consolidate Actions was filed electronically with the Clerk of the Court using this CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John S. Wilkerson, III, Esq. (Fed. ID #4657)
Nosizi Ralephata, Esq. (Fed. ID #9685)
TURNER PADGET GRAHAM & LANEY P.A.
P.O. Box 22129
Charleston, SC 29413
Tel.: (843) 576-2801
Fax: (843) 577-1649
JWilkerson@TurnerPadget.com
NRalephata@TurnerPadget.com
*Attorneys for Teledyne Continental Motors, Inc.*

Sherri Rich Ginger
PHELPS DUNBA
2 North Royal Street
Mobile, Alabama 36602
Tel: 251- 441-8238
Fax: 251-433-1820
*Attorney for Teledyne Continental Motors, Inc.*

2

I hereby certify that on 29th day of October 2010, the foregoing Motion to Consolidate Actions was sent by electronic mail and first class mail to the following:

O. Fayrell Furr, Jr., Esq. (Fed. ID # #915)
FURR & HENSHAW
1900 Oak Street (29577)
P.O. Box 2909 (29578)
Myrtle Beach, S.C.
Tel.: (843) 626-7621
Fax: (843) 448-6445
fho@sc.rr.com
*Attorney for Jennifer Dawn Jones,*
*individually, and as administrator*
*of the Estate of Robert Gary Jones,*
*deceased*

s/Samuel K. Allen
Samuel K. Allen