IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| EDWARD I. SMITH | ) | Civil Action No. |
| | ) | 9:10-CV-2152-SB-WOB |
| Plaintiff, | ) | |
| | ) | Consolidated with: |
| v. | ) | |
| | ) | Civil Action No. |
| TELEDYNE CONTINENTAL MOTORS, INC. | ) | 9:10-CV-2546-SB-WOB |
| | ) | |
| Consolidated With | ) | |
| | ) | |
| JENNIFER D. JONES, individually and as Administrator of the Estate of Robert Gary Jones, deceased, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TELEDYNE CONTINENTAL MOTORS, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Having considered Jennifer Dawn Jones, Individually and as the Administrator of the Estate of Robert Gary Jones, deceased's ("Plaintiff") Motion to Dismiss Lancair International, Inc. (Doc. 156) as well as the Stipulation entered into between Plaintiff, Edward I. Smith and Lancair, finding good cause therefore,

1

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion to Dismiss Lancair (Doc. 156) is granted;

2. Plaintiff's claims against Lancair are dismissed, with prejudice;

3. Edward I. Smith's cross-claim against Lancair is dismissed with prejudice;

4. Lancair's cross-claim against Edward I. Smith is dismissed with prejudice;

5. Lancair's Motions to Dismiss (Doc. 59, 147) is withdrawn from this Court's attention; and

6. Plaintiff, Edward I. Smith and Lancair are to bear their own costs incurred.

DATED: 12/13/11

William C. Bertelsman
UNITED STATES DISTRICT JUDGE

2