IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| EDWARD I. SMITH ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TELEDYNE CONTINENTAL MOTORS, INC. ) <br> ) <br> Consolidated With ) <br> ) <br> JENNIFER D. JONES, individually ) <br> and as Administrator of the Estate of ) <br> Robert Gary Jones, deceased, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TELEDYNE CONTINENTAL MOTORS, INC., ) <br> et al. ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. <br> 9:10-CV-2152-SB-WOB <br><br> Consolidated with: <br><br> Civil Action No. <br> 9:10-CV-2546-SB-WOB |

ORDER

Having considered Jennifer Dawn Jones, Individually and as the Administrator of the Estate of Robert Gary Jones, deceased's ("Plaintiff") Motion to Dismiss Hartzell Propeller, Inc. ("Hartzell"), as well as the Stipulation entered into between Plaintiff and Hartzell, finding good cause therefore,

1

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion to Dismiss Hartzell (Doc. 237) is granted;

2. Plaintiff's claims against Hartzell are dismissed, with prejudice; and

3. Plaintiff and Hartzell are to bear their own costs incurred.

DATED: Aug 9, 2012

William O. Bertelsman
UNITED STATES DISTRICT JUDGE