IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| **EDWARD I. SMITH** | ) | Civil Action No. |
| | ) | 9:10-CV-2152-SB-WOB |
| **Plaintiff,** | ) | |
| | ) | Consolidated with: |
| **v.** | ) | |
| | ) | Civil Action No. |
| **TELEDYNE CONTINENTAL MOTORS, INC.** | ) | 9:10-CV-2546-SB-WOB |
| | ) | |
| **Consolidated With** | ) | |
| | ) | |
| **JENNIFER D. JONES, individually** | ) | |
| **and as Administrator of the Estate of** | ) | |
| **Robert Gary Jones, deceased,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **TELEDYNE CONTINENTAL MOTORS, INC.,** | ) | |
| **et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

ORDER


Having considered Jennifer Dawn Jones, Individually and as the Administrator of the

Estate of Robert Gary Jones, deceased's ("Plaintiff" or "Jennifer Jones") Motion to Dismiss

Edward I. Smith in the matter entitled *Jennifer D. Jones Individually and as the*

*Administrator of the Estate of Robert Gary Jones, deceased v. Teledyne Continental Motors,*

1

*Inc., et. al.*, Civil Action No. 9:10-CV-2546-SB-WOB ("Jennifer Jones Action"), and given this Court's Order Approving Wrongful Death and Survival Settlement between Jennifer Jones and Edward I. Smith in the Jennifer Jones Action on November 7, 2012  (D.E. 312), finding good cause therefore[1],

IT IS HEREBY ORDERED that:

1.    Plaintiff's Motion to Dismiss Edward I. Smith from the Jennifer Jones Action is granted;

2.    Plaintiff's claims against Edward I. Smith in the Jennifer Jones Action are dismissed, with prejudice; and

3.    Plaintiff and Edward I. Smith are to bear their own costs incurred associated with the Jennifer Jones Action.

DATED: 12/4/12

_____
UNITED STATES DISTRICT JUDGE

---

[1]    This Order only addresses the Jennifer Jones Action and does not address, or dismiss, any claims or parties in the matter entitled *Edward I. Smith v. Teledyne Continental Motors, et. al.,* Civil Action No. 9:10-cv-2152-SB-WOB ("Smith Action.").

2