# Exhibit A

Exhibit A

Printed on : 8/8/2013 12:39:18 PM

**National Transportation Safety Board**
Washington, DC 20594

**Brief of Accident**

Adopted 06/27/2011

| ERA10LA175 | | | | | | |
|---|---|---|---|---|---|---|
| File No. 28250 | 03/15/2010 | Hilton Head Island, SC | Aircraft Reg No. N9JE | | | Time (Local): 18:10 EDT |

Make/Model: Smith Edward I / LANCAIR IV-P
Engine Make/Model: Cont Motor / TSIO-550-C
Aircraft Damage: Minor
Number of Engines: 1
Operating Certificate(s): None
Type of Flight Operation: Personal
Reg. Flight Conducted Under: Part 91: General Aviation

|        | Fatal | Serious | Minor/None |
|--------|-------|---------|------------|
| Crew   | 0     | 0       | 1          |
| Pass   | 0     | 0       | 1          |
| Other  | 1     | 0       | 0          |

Last Depart. Point: Orlando, FL
Destination: Norfolk, VA
Airport Proximity: Off Airport/Airstrip

Condition of Light: Day
Weather Info Src: Weather Observation Facility
Basic Weather: Visual Conditions
Lowest Ceiling: 7000 Ft. AGL, Broken
Visibility: 10.00 SM
Wind Dir/Speed: 320 / 007 Kts
Temperature (°C): 18
Precip/Obscuration: No Precipitation

Pilot-in-Command        Age: 62

Certificate(s)/Rating(s)
Private; Single-engine Land

Instrument Ratings
Airplane

Flight Time (Hours)
Total All Aircraft: 2275
Last 90 Days: 26
Total Make/Model: 109
Total Instrument Time: 325

\*\*This report was modified on 8/8/13. Please see the docket for this accident to view the original report.\*\*

The pilot stated that while in cruise flight he observed the instrument panel begin to vibrate heavily and oil begin to cover the wind screen before hearing a loud "bang." The engine then lost power as oil continued to obscure the wind screen. The pilot had no forward visibility and could not maintain the airplane's altitude. He elected to make an emergency landing on a nearby beach and during the landing the airplane struck and killed a pedestrian. Examination of the airplane revealed that the propeller assembly separated from the crankshaft and was missing. The propeller assembly and propeller flange were not recovered. An examination by the NTSB Materials Laboratory of the crankshaft revealed that the aft face of the fracture contained crack arrest marks. The fracture of the crankshaft was caused by multiple-origin fatigue cracks that emanated at the aft relief radius for the propeller flange. The records for this engine and airplane do not show an entry of a propeller strike. However, multiple-origin fatigue cracks that extend nearly 50% around the circumference of the aft relief radius for the propeller flange suggest that the propeller had struck an object prior to fracture of the crankshaft. In the absence of material anomalies, the fatigue cracking appears likely to have been caused by external impact stress, such as a propeller strike.

Brief of Accident (Continued)

| ERA10LA175 | | | |
|---|---|---|---|
| File No. 28250 | 03/15/2010 | Hilton Head Island, SC | Aircraft Reg No. N9JE | Time (Local): 18:10 EDT |

**OCCURRENCES**

Enroute-cruise - Powerplant sys/comp malf/fail
Enroute-cruise - Part(s) separation from AC
Enroute-cruise - Loss of engine power (total)
Emergency descent - Off-field or emergency landing
Landing - AC/prop/rotor contact w person

**FINDINGS**

Aircraft-Aircraft power plant-(general)-(general)-Failure - C
Aircraft-Aircraft propeller/rotor-Propeller system-(general)-Failure - C

Findings Legend: (C) = Cause, (F) = Factor

The National Transportation Safety Board determines the probable cause(s) of this accident to be:
A loss of engine power due to the failure of the crankshaft as a result of a previous propeller strike.